FILED: 10/30/2023 7:32 AM
Anne Reed, District Clerk
Orange County, Texas
Envelope No. 81080698
Reviewed By: Justin Rhodes

230354-C

**CAUSE NO. _____**

| | | |
|---|---|---|
| **JUAN SERGIO RUIZ-SALGADO** § | | **IN THE DISTRICT COURT OF** |
| *Plaintiff,* § | | |
| § | | |
| § | | |
| v. § | | **ORANGE COUNTY, TEXAS** |
| § | | |
| § | | |
| **JAMES BRADFORD CORNELIUS** § | | 260th |
| *Defendant.* § | | _____ **JUDICIAL DISTRICT** |

## *PLAINTIFF'S ORIGINAL PETITION*

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, **JUAN SERGIO RUIZ-SALGADO** Plaintiff, complaining of **JAMES BRADFORD CORNELIUS** Defendant, and in support would show the Court as follows:

### I.   DISCOVERY CONTROL PLAN LEVEL

Discovery is intended to be conducted under Level 2 of the Texas Rules of Civil Procedure 190. Plaintiff seeks monetary relief in the amount over $250,000 but less than $1,000,000.00.

### II.   PARTIES

Plaintiff, **JUAN SERGIO RUIZ-SALGADO** is a resident of Harris County, Texas.

Defendant, **JAMES BRADFORD CORNELIUS**, is a resident of ALABAMA and may be served with process 694 MOUNT VERNON DRIVE BOAZ, AL 35957, or wherever found. Issuance of citation is hereby requested. PLEASE EMAIL THE CITATION TO CHRIS@HIGDONLAWYERS.COM SO PRIVATE SERVICE MAY BE DONE.

### III.   JURISDICTION AND VENUE

The Court has jurisdiction over the controversy because the damages are within the jurisdictional limits of this Honorable Court. Venue is proper in ORANGE County, Texas, because the incident made the basis of this lawsuit occurred in ORANGE County, Texas.

### IV.    FACTS

On or about May 17, 2022, Plaintiff, **JUAN SERGIO RUIZ-SALGADO**, was involved in an accident while traveling north bound on State Highway 62 at the I-10 East Overpass. Defendant, **JAMES BRADFORD CORNELIUS**, was on I-10 Eastbound when he lost a wheel and it went crashing into the Plaintiff who was driving below. As a result, Plaintiff sustained serious and disabling injuries.

### NEGLIGENCE OF DEFENDANT JAMES BRADFORD CORNELIUS

At the time of the accident made the basis of this suit, Defendant, **JAMES BRADFORD CORNELIUS** was operating a vehicle negligently and carelessly in the following respects which, among others, may be shown at the trial of this cause:

1. In failing to keep a proper lookout;
2. In failing to properly inspect his vehicle;
3. In failing to properly secure his tires;
4. In failing to operate the vehicle reasonably and prudently;
5. In failing to operate the vehicle in obedience to traffic laws and regulations;
6. In violation of the TEX. TRANSP. CODE ANN. §545.401 *et seq.*
7. Driver inattention;
8. Failure to warn other drivers; and
9. Failing to control speed.

Each of these acts and omissions, singularly or in combination with others, constitutes negligence, which was the proximate cause of this incident, and the injuries sustained by Plaintiff.

### V.   COMPARATIVE NEGLIGENCE OF PLAINTIFF

Nothing Plaintiff did or failed to do contributed to this accident.

### VI.   DAMAGES

Plaintiff seeks recovery for the following:

1. Physical pain and disability sustained by Plaintiff from date of injury to the time of trial;

2. Future physical pain and disability reasonably anticipated to be sustained by the Plaintiff in the future;

3. Mental anguish and suffering sustained by Plaintiff from date of injury to the time of trial;

4. Mental anguish and suffering reasonably anticipated to be suffered by Plaintiff in the future;

5. Loss of earnings sustained by Plaintiff from date of injury to the time of trial;

6. Loss of earnings and earning capacity reasonably anticipated to be suffered by Plaintiff in the future;

7. Reasonable and necessary medical expenses incurred by Plaintiff in the treatment of Plaintiff injuries from date of injury to the time of trial;

8. Reasonable and necessary medical expenses reasonably anticipated to be sustained by the Plaintiff in the future for treatment of Plaintiff injuries;

9. Past and future physical disfigurement;

10. Past and future physical impairment; and

11. Property damage.

As such, Plaintiff, **JUAN SERGIO RUIZ-SALGADO**, seeks monetary relief in the amount seeks monetary relief in the amount over $250,000 but less than $1,000,000.00.

### VII.   ALTERNATIVE PARAGRAPH NO. 1

In the alternative, Plaintiff would show that if any injury or condition currently suffered was pre-existing, then such condition was aggravated and/or exacerbated by the negligence of the Defendant.

## VIII. JURY DEMAND

Pursuant to Rule 216 of the Texas Rules of Civil Procedure, Plaintiff respectfully requests and demands a trial by jury.

## XI. RULE 193.7 NOTICE

Pursuant to 193.7 of the Texas Rules of Civil Procedure, Plaintiff gives actual notice to Defendant that any and all documents produced by Defendant may be used against Defendant at any pre-trial proceedings and/or trial of this matter without the necessity of authenticating the produced documents.

## XII. REQUEST FOR DISCLOSURE

Pursuant to Texas Rule of Civil Procedure 194(a), each Defendant is required to disclose, within thirty (30) days of the filing of the first answer, the information of material described in Rule 194.2(b) 1 – 12. Any Defendant that is served or otherwise joined after the filing of the first answer must make their initial disclosures within thirty (30) days after being served or joined.

## XIII. PRAYER

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff, **JUAN SERGIO RUIZ-SALGADO** respectfully prays that Defendant, **JAMES BRADFORD CORNELIUS,** be cited to appear and answer herein and that upon a final hearing of the cause, judgment be entered for the Plaintiff against Defendant for damages in an amount within the jurisdictional limits of the Court; together with pre-judgment interest at the maximum rate allowed by law; post-judgment interest

at the legal rate, costs of court; and for any and all further relief, both general and special, legal and equitable to which Plaintiff may be justly entitled.

Respectfully submitted,

**HIGDON LAWYERS**

/s/Christopher D. Bertini
CHRISTOPHER D. BERTINI
SBN: 02256060
4900 Fournace Place, Suite 460
Bellaire, Texas 77401
staff@higdonlawyers.com -E-file
chris@higdonlawyers.com
713/223-7300-Telephone
713/223-7331 Facsimile

**ATTORNEY FOR PLAINTIFF**