IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| JUAN SERGIO RUIZ-SALGADO | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:23-CV-00441 |
| | § | JUDGE MICHAEL J. TRUNCALE |
| JAMES BRADFORD CORNELIUS | § | |

## ORDER DISMISSING CASE WITH PREJUDICE

On March 18, 2025, the Court received the Parties' Notice of Settlement advising the Court that they had reached a settlement in this matter. [Dkt. 9]. On March 19, 2025, the Court entered an Order on Closing Documents giving the Parties until April 18, 2025 to file the necessary closing documents to remove this matter from the Court's active docket. [Dkt. 10]. As of this date, the Parties have not filed closing documents.

It is therefore **ORDERED** that this matter is **DISMISSED WITH PREJUDICE**, with each Party bearing its own attorney's fees and costs. It is further **ORDERED** that all pending motions filed herein are **DENIED AS MOOT**.

The Clerk is **INSTRUCTED** to close this case.

**SIGNED this 30th day of June, 2025.**

*Michael J. Truncale*
Michael J. Truncale
United States District Judge